

**NUMBER 13-05-508-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**TENET, INC. D/B/A**
**BROWNSVILLE MEDICAL CENTER ,** Appellant,

**v.**

**ARTURO MENDOZA, ET AL.,** Appellees.

---

On appeal from the 107th District Court of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center, and appellees,

Arturo Mendoza, et al., have filed a joint motion to set aside the trial court's judgment

without reference to the merits, and to remand this cause to the trial court to enter an

agreed dismissal.  According to the motion, the parties have settled and compromised their dispute.

The Court, having considered the documents on file and the parties' motion, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a)(2)(B). Accordingly, we SET ASIDE and VACATE the trial court's judgment without reference to the merits and REMAND the case to the trial court for entry of an agreed order of dismissal, costs taxed to the party incurring same, in accordance with the parties' agreement.  *See id.*  We further RELEASE Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center and its surety, Liberty Mutual Insurance Company, from the supersedeas bond filed in connection with this appeal.

PER CURIAM

Memorandum Opinion delivered and
filed this the 20th day of March, 2008.